# Exhibit B

УКРАЇНА

ПОВТОРНО

# СВІДОЦТВО ПРО НАРОДЖЕННЯ

Прізвище ▓▓▓

ім'я ▓▓▓    по батькові ▓▓▓

народився(лася) __19 червня 2011 року__
(число, місяць і рік)

__дев'ятнадцятого червня дві тисячі одинадцятого року__
(цифрами та словами)

Місце народження __Україна__
(держава)

__Луганська область__
(область)

__місто Луганськ__
(місто, селище (село))

про що __02__ числа __липня__ місяця __2011__ року складено відповідний актовий запис № __326__

## БАТЬКИ

Батько __Позняк__
(прізвище)

__Володимир Якович__
(ім'я, по батькові)

__Громадянин України__
(громадянство)

Мати __Позняк__
(прізвище)

__Наталія Михайлівна__
(ім'я, по батькові)

__Громадянка України__
(громадянство)

Місце державної реєстрації __Ленінський відділ державної реєстрації актів цивільного стану реєстраційної служби Луганського міського управління юстиції__

Орган державної реєстрації актів цивільного стану, що видав свідоцтво

__Ленінський відділ державної реєстрації актів цивільного стану реєстраційної служби Луганського міського управління юстиції__

Дата видачі __19__ __березня__ __2013__ року

М.П.

Керівник органу державної реєстрації актів цивільного стану  _(підпис)_  __М.О.Пономарьова__
(ініціали та прізвище)

Серія I-ЕД № 272635

Scanned with CamScanner

Translated from Ukrainian
Additional Issue

**UKRAINE**
Emblem of Ukraine

# CERTIFICATE OF BIRTH

Family name: [redacted]
Given Name and Patronymic: [redacted]

Date of Birth: **June 19, 2011**
**(The Nineteenth of June Two Thousand and Eleven)**

Place of Birth:
State: **Ukraine**
Region: **Lugansk Region**
District:
City, village: **City of Lugansk**

Therefore, the corresponding record No. **326** was made on day **02** month **July** year **2011**

**The parents:**

The father: **Pozniak**
Family Name
**Vladimir Yakovlevich**
Given Name and Patronymic
Citizenship: **Citizen of Ukraine**

The mother: **Pozniak**
Family Name
**Natalya Mikhaylovna**
Given Name and Patronymic
Citizenship: **Citizen of Ukraine**

Place of State Registration: **Leninskiy District Civil Status Acts State Registration Department of Registration Service of Administration of Justice in the City of Lugansk**

Civil Status Acts State Registration Authority issuing the certificate: **Leninskiy District Civil Status Acts State Registration Department of Registration Service of Administration of Justice in the City of Lugansk**

Date of issue: **March 19, 2013**

Head of the Civil Status Acts State Registration Authority /signature/ M. O. Ponomaryova
Round Official Stamp

I – ЕД No. 272635

Scanned with CamScanner

Stamp:

I hereby authorize the signature of the state civil status acts registrar M. O. Ponomaryova.

Deputy of head of the Service, Head of Civil Status Acts State Registration Department, Registration Service of Main Directorate of Justice in Lugansk region

S. S. Shmigelskaya   /signature/

Official round stamp

March 19, 2013, No. 162

## APOSTILLE

(The Hague Convention dated October 5, 1961)

1. Ukraine
   This public document
2. Signed by: Shmigelskaya S. S.
3. Acting in capacity of: Deputy of Head of Registration Service of Main Directorate of Justice in Lugansk region
4. Bears the seal/stamp of Main Directorate of Justice in Lugansk region

**Confirmed**

5. In the city of Kiev
6. Date: March 22, 2013
7. By: Specialist of the first category of the State Registration Service
8. Number: 9384
9. Seal/ stamp: Official Stamp of the State Registration Service
10. Signature: Aksyonova L. M.   /signature/