# Exhibit C

FAMILY COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

GF-2 8/2002

---

In the Matter of a Custody/Visitation Proceeding

Vladmir Shvartsman,

                            Petitioner,

- against -

Nataliia Poznyak,

                            Respondent.

File #:   198633
Docket #: V-03558-20

**SUMMONS**

---

IN THE NAME OF THE PEOPLE OF THE STATE OF NEW YORK:

    To:   Nataliia Poznyak
           59 Zemach Street
           Katrin
           Israel

A petition under Article 6 of the Family Court Act having been filed with this Court, and annexed hereto

YOU ARE HEREBY SUMMONED to appear before this court on

| | |
|---|---|
| Date/Time: | March 25, 2020 at 9:00 AM |
| Purpose: | First Appearance |
| Part: | 45 |
| Floor/Room: | Floor 4/Room 451 |
| Presiding: | Lauren Norton Lerner, Referee |
| Location: | Queens County |
| | 151-20 Jamaica Avenue |
| | Jamaica, NY 11432 |

to answer the petition and to be dealt with in accordance with the Family Court Act.

On your failure to appear as herein directed, a warrant may be issued for your arrest.

Dated: February 13, 2020

                                          Stephen G Byrnes, Chief Clerk

NOTICE: Family Court §154(c) provides that petitions brought pursuant to Article 4, 5, 6, 8 and 10 of the Family Court Act, in which an order of protection is sought or in which a violation of an order of protection is alleged, may be served outside the State of New York upon a Respondent who is not a resident or domiciliary of the State of New York. If no other grounds for obtaining personal jurisdiction over the Respondent exist aside from the application of this provision, the exercise of personal jurisdiction over the respondent is limited to the issue of the request for, or alleged violation of, the order of protection. Where the Respondent has been served with this summons and petition does not appear, the Family Court may proceed to a hearing with respect to issuance or enforcement of the order of protection.

FAMILY COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

------------------------------------------------------------

VLADMIR SHVARTSMAN,

             Petitioner,

-against-

NATALIIA POZNYAK,

             Respondent.

------------------------------------------------------------

File No: 198633
Docket No. V-03558-20

PETITION AND VERIFICATION
FOR CUSTODY/VISITATION

TO THE FAMILY COURT:

The undersigned Petitioner respectfully states that:

1. Vladmir Shvartsman, the petitioner, resides at 819 88th Street, Bresh Meadows, New York 11365.

2. Nataliia Poznyak, the Respondent, resides at 59 Zemach Street, Katrin, Israel.

3. The Respondent is related to the petitioner in that they are the parents of ▮▮▮▮▮▮▮▮▮▮. His date of birth is June 19, 2011.

4. That there is one infant issue of the parties, ▮▮▮▮▮▮▮▮▮▮ date of birth, June 19, 2011.

5. That the parties have been living separate for many years.

6. That the father has always been the primary caretaker of the child, ▮▮▮▮▮▮▮▮▮▮.

7. That the parties previously resided in Israel. The father came with the child to the United States on July 22, 2019 with the permission of the mother.

8. That the petitioner and the child have been in New York in excess of six months.

9. That the father is seeking sole custody of the child as he believes it to be in the best interests of the child.

10. That the father has the child, ▇▇▇▇▇▇▇▇ currently enrolled in P.S. 162 John Golden where he has been attending third grade since the beginning of the school term of 2019-2020.

11. That he is applying for all services available for his son through the Department of Education of New York City.

12. That the father wants the child to have a meaningful relationship with the child's mother and encourages same.

13. That the child has lived primarily with the father since the parties stopped living in the same home many years ago and the father has always been the main custodial parent of the child his entire life.

14. That he is the parent who usually bathed the child on an ongoing basis. He is also the parent who primarily took the child to the doctor.

15. That upon information and belief the mother suffers from alcohol related issues and the father has therefore always been very protective of the child even when he was with the mother.

16. That the father intends to remain in the United States with the child where he can get the proper services for his son who is thriving in his new surroundings.

17. That I am seeking an Order of custody for my child and an immediate Order to prevent the mother or her agents from trying to have the child removed from the New York area and the jurisdiction of this Honorable Court. .

18. That to the best of my knowledge no other country is seeking to compel the return of the child or to retain jurisdiction over the child and that New York should take jurisdiction of the child in this matter.

19. That this is the first time that I am seeking such relief and I pray that the Honorable Court grant my request and for any and all further relief that this Honorable Court deems proper.

20. That no prior application has been made before this or any other Court for the relief sought herein.

WHEREFORE, Petitioner respectfully requests this Court for an Order:

That grants the father an Order of Custody of the child;

That neither the mother nor any other person be allowed to remove the child from the State and City of New York without specific written Order of the Court;

That all parties be Ordered not to discuss the litigation with the child;

That all parties including the litigants or others on their behalf be Ordered not to speak disparagingly of the other parent in the presence of the child;

And for any such other and further relief as to this Honorable Court seems just and proper.

Dated: February 4, 2020

_____
VLADMIR SHVARTSMAN
Petitioner

_____
Asher B. White, Esq.
Attorney for the Petitioner
26 Court Street, Suite 405
Brooklyn, New York 11242
(718) 858-4500

VERIFICATION

STATE OF NEW YORK )
                  ) ss.:
COUNTY OF KINGS   )

Vladmir Shvartsman, being duly sworn or affirmed, says that he is the Petitioner(s) in the above-named proceeding and that the foregoing petition is true to his own knowledge, except as to matters stated to be alleged upon information and belief and as to those matters he believe(s) them to be true.

_/s/ Vladmir Shvartsman_

Signed and sworn to before me this 4th day of February, 2020.

_/s/_
Notary Public

ASHER B. WHITE
NOTARY PUBLIC, State of New York
No. 02WH5031223
Qualified in Kings County
Commission Expires August 01, 20 22

Affidavit of (Personal Service) (Mail Service)

AS PS/M, 1/02

FAMILY COURT
STATE OF NEW YORK
COUNTY OF _____

RETURN DATE: 3/25/2020
PART 45
DOCKET NO. V-03558-20

I, _____ (Name of Person Making Service) _____ being duly sworn, depose and say:

**YOU MUST Complete This Section**

1. That I am at least 18 years of age and not a party to the above action, and reside at:

    _____  _____  _____
    (Street)                 (City)                    (County)

2. On the _____ day of _____, 20___, at _____ (specify time)

   at __Israel__, State of New York, in the City of _____, County of _____; I personally served a copy of

**Check All that Apply**
- ☐ Order
- ☒ Petition
- ☐ Objections to Support Magistrate Final Order
- ☒ Summons
- ☐ Order to Show Cause
- ☐ Notice of Motion/Affidavit in Support
- ☐ Rebuttal to Objections to Support Magistrate Final Order
- ☐ UCCJEA Notice

on _____, in the above-mentioned action by:

**If Papers SERVED IN PERSON Complete this Section**

3. I personally served __Nataliia Poznyak__ copies of the said papers by
   delivering and leaving with __Nataliia Poznyak__ at said time and place.
   (Name / to whom papers given)

4. I knew the person so served to be __Nataliia Poznyak__
   (Name / to whom papers given)

   a. ☒ the person named in said papers as the (respondent / ~~petitioner~~) in this action
   b. ☐ I believe this person would give the papers to the Respondent / Petitioner. (You must also mail a copy and complete #6)

5. DESCRIPTION OF PERSON SERVED:
   sex: __F__; color of skin: __W__; hair: __BLCK__; approx. age: __38__; approx. ht: __165cm__; approx. wt. __60kg__; other identifying features: __I compared the respondent to the attached picture.__

**Complete IF MAIL SERVICE ORDERED BY COURT or 4b IS CHECKED**

6. Depositing a true copy of said papers upon _____ (Name of Person Served)
   enclosed in a post-paid wrapper in the
   ☐ Post Office  ☐ a Branch Post Office  ☐ a Post Office Box
   regularly maintained by the United States government at
   County of _____, State of New York,
   directed to _____
   (Address papers mailed to)
   ☐ the residence of said _____ (Person papers mailed to)
   OR
   ☐ the address within the State designated by (him)(her) to receive communication by mail.

**YOU MUST Complete This Section**

Sworn to before me this

_____ day of _____, 20___.

_____
(Notary Public)

_____
(Signature / Person Serving)