**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

NATALIA POZNIAK,

                      Petitioner,

        v.

VLADIMIR SHWARTSMAN,

                      Respondent.

Case No. 1:20-cv-02956-AMD-RML

## NOTICE OF APPEARANCE

**To the Clerk of this court and all parties of record:**

        I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Petitioner Natalia Pozniak.

New York, New York
Dated: July 7, 2020

AKIN GUMP STRAUSS HAUER & FELD LLP

*/s/ John P. Kane*
John P. Kane
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
E-mail: jkane@akingump.com

*Counsel for Petitioner*