UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Marcus A. Nussbaum, Esq. (MN 9581)
FISHKIN, GURSHUMOV, & NUSSBAUM, P.C.
3059 Brighton 7th Street, 1st Fl.
Brooklyn, NY 11235
Tel: 718-509-0609
Fax: 347-572-0439
mn@fgnlawfirm.com
*Attorneys for Respondent Vladimir Shvartsman*

| | |
|---|---|
| NATALIA POZNIAK,<br><br>*Petitioner,*<br><br>- vs. –<br><br>VLADIMIR SHVARTSMAN,<br><br>*Respondent.* | Docket No.: 1:20-cv-02956-AMD-RML<br><br>**DECLARATION OF<br>MICHAEL BRAVERMAN** |

MICHAEL BRAVERMAN, declares under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 as follows:

1. I am over the age of eighteen years and not a party to this action. I make this declaration under penalties of perjury to correct what I understand are inaccuracies presented to the Court. I understand and speak English fluently. I am a permanent resident of Allan, Texas USA. I reside at 1317 Cassandra Ln. and I am ready to testify electronically whenever it pleases the Court.

2. Prior to moving to Texas, we resided in Israel.

3. My wife Marina and I have been friends with Vladimir since 1992.

4. When Vladimir's mother passed away in July of 2017, my whole family and I traveled to Katsrin, Israel to pay our respects.

5. On our visit to Israel in 2017, Natalia met with us.

1

6. Natalia asked us questions about America and particularly about our status in United States.

7. Natalia told us that Vladimir expressed to her that now that his mother passed away, there was nothing holding him back in Israel.

8. Natalia also stated that she knew of Vladimir's relationship with American citizen and mentioned that she was also in Israel with her daughter visiting Vladimir during this time.

9. If I can of be any further assistance to the Court, I will be happy to do so.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. (28 U.S.C. 1746)

Dated: August 28, 2020
      Texas, USA

_____
MICHAEL BRAVEMAN