## TABLE OF CASES, STATUTES AND LEGAL AUTHORITIES

| CASE | PAGE |
|---|---|
| Abbott v. Abbott, 560 U.S. 1 (2010) | 21 |
| Blondin v. Dubois, 189 F.3d 240 (2d Cir. 1999) | 21, 30 |
| Casimiro v. Chavez, 2006 WL 2938713 (N.D.Ga. 2006) | 31 |
| Hofmann v. Sender, 716 F.3d 282 (2d Cir. 2013) | 21 |
| Karkkainen v. Kovalchuk, 445 F.3d 280 (CA3 2006) | 24 |
| Mendoza v. Miranda, 525 F.Supp.2d 1182 (C.D.Ca.2007) | 30 |
| Miltiadous v. Tetervak, 686 F. Supp. 2d 544 (E.D. Pa. 2010) | 30 |
| Monasky v. Taglieri, 140 S. Ct. 719 (2020) | 22, 23, 24 |
| Redmond v. Redmond, 724 F.3d 729 (CA7 2013) | 23 |
| Saada v. Golan, 2019 WL 1317868 (E.D.N.Y. 2019) | 21, 28 |
| Souratgar v. Lee, 720 F.3d 96 (2d Cir. 2013) | 21, 22 |
| Valenzuela v. Michel, 736 F.3d 1173 (9th Cir. 2013) | 22 |

## STATUTES AND LEGAL AUTHORITIES

| | |
|---|---|
| **22 U.S.C. § 9001 et seq** | 20, 21, 22, 28 |
| **Family Code of Ukraine, Article 135** | 4 |
| **Federal Judicial Center, J. Garbolino, The 1980 Hague Convention on the Civil Aspects of International Child Abduction: A Guide for Judges** (2d ed. 2015) | 23 |
| **Hague Convention, art. 13b** | 22, 28 |