UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Marcus A. Nussbaum, Esq. (MN 9581)
FISHKIN, GURSHUMOV & NUSSBAUM, P.C.
3059 Brighton 7th Street, 1st Fl.
Brooklyn, NY 11235
Tel: 718-509-0609
Fax: 347-572-0439
mn@fgnlawfirm.com
*Attorneys for Respondent Vladimir Shvartsman*

| | |
|---|---|
| NATALIA POZNIAK, *Petitioner,* – vs. – VLADIMIR SHVARTSMAN, *Respondent.* | Docket No.: 1:20-cv-02956-AMD-RML **DECLARATION OF ORLY GOREN** |

Orly Goren, declares under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 as follows:

1. I am over the age of eighteen years and not a party to this action. I make this declaration under penalties of perjury to correct what I understand are inaccuracies presented to the Court. I understand and speak English fluently. I reside at 4 Miron Street Katzrin, Israel, untul 10/2018, and I am ready to testify electronically whenever it pleases the Court.

2. My family and I lived across from Vladimir's residence where he lived with his son.

3. His son was a great friend to my kids and they always played in our house or in Vladimir's house.

4. I rarely saw the mother, Natalia Pozniak come visit the Child at Vladimir's residence.

5. If I can of be any further assistance to the Court, I will be happy to do so.

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. (28 U.S.C. 1746)

Dated: August 28, 2020
      Katsrin, Israel

_____
Orly Goren