UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Marcus A. Nussbaum, Esq. (MN 9581)
FISHKIN, GURSHUMOV & NUSSBAUM, P.C.
3059 Brighton 7th Street, 1st Fl.
Brooklyn, NY 11235
Tel: 718-509-0609
Fax: 347-572-0439
mn@fgnlawfirm.com
*Attorneys for Respondent Vladimir Shvartsman*

| | |
|---|---|
| NATALIA POZNIAK,<br><br>*Petitioner,*<br><br>– vs. –<br><br>VLADIMIR SHVARTSMAN,<br><br>*Respondent.* | Docket No.: 1:20-cv-02956-AMD-RML<br><br>**DECLARATION OF GREGORY FURMAN** |

Gregory Furman, declares under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 as follows:

1. I am over the age of eighteen years and not a party to this action. I speak and understand English fluently. I make this declaration under penalties of perjury to correct what I understand are inaccuracies presented to the Court. I reside at _10_ Miron Street Katzrin, Israel, and I am ready to testify electronically whenever it pleases the Court.

2. From the time the Child S.P came to live with Vladimir Shvartman, I witnessed Vladimir bring the Child to School bus stop to drop the Child off to school and pick up the child from school bus stop.

3. I hardly ever saw the mother, Natalia Pozniak come by to pick up the Child from school bus.

4. She hardly came to visit the child at Vladimir's residence.

1

5. The child often came over my house for ice cream.

6. If I can of be any further assistance to the Court, I will be happy to do so.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. (28 U.S.C. 1746)

Dated: August 28, 2020
       Katsrin, Israel

                                                  Gregory Furman
                                                  Professor of Physics