UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATALIA POZNIAK,<br><br>      Petitioner,<br><br>v.<br><br>VLADIMIR SHWARTSMAN,<br><br>      Respondent. | Case No. 1:20-cv-02956-AMD-RML |

## **RESPONDENT'S EXHIBIT LIST**

  Pursuant to the Court's October 29, 2020 Scheduling Order, below is respondent Vladimir Shvartsman's ("Respondent['s]") list of trial exhibits. Respondent reserves the right to use any exhibits identified by petitioner Natalia Pozniak's ("Petitioner"). Respondent also reserves the right to supplement, amend, or alter this list based on information later obtained in the course of discovery in the above-captioned proceedings.

| Exhibit No. | Date | Description |
|---|---|---|
| 1. | | Respondent's Permanent Resident Identification Card |
| 2. | 9/21/2019 – 10/14/2019 | Recordings of telephone conversations between petitioner and respondent together with certified English transcription of same |
| 3. | | Child's Medical Records from Dr. Binshtein |
| 4. | | Child's Israeli Passport |
| 5. | | Child's Birth Certificate |

| Exhibit No. | Date | Description |
|:-:|:-:|---|
| 6. | | Photos of Respondent and Child |
| 7. | | Child's Medical Records from Dr. Kishinevsky |
| 8. | 7/12/2020 | Transcript of Proceedings from Kiryat Shmona Family Court |
| 9. | | Petitioner's Israeli Driver's License |
| 10. | | Petitioner's Israeli Visa |
| 11. | | Petitioner's Israeli Temporary Resident Card |
| 12. | | Petitioner's current application for relief from removal from Israel. |
| 13. | | Petitioner's Ukrainian Passport |
| 14. | | Petitioner's Lease and address verification |

Brooklyn, New York
Dated: November 24, 2020

Respectfully submitted,

FISHKIN, GURSHUMOV & NUSSBAUM, P.C.

By: /s   Marcus Aurelius Nussbaum
Marcus A. Nussbaum, Esq. (MN9581)
3059 Brighton 7th Street, 1st Fl.
Brooklyn, New York 11224
Telephone: 201-956-7071
marcus.nussbaum@gmail.com

*Counsel for Respondent*