| | |
|---|---|
| **From:** | Kane, John |
| **Sent:** | Tuesday, December 15, 2020 1:56 PM |
| **To:** | Marcus Nussbaum |
| **Cc:** | Pees, Robert; Fydrych, Victoria; Sharad, Saurabh; admin@tnydl.com; TAISA GURSHUMOVA; ifishkin@fishkinfirm.com |
| **Subject:** | RE: Pozniak -- Expert Report |
| **Attachments:** | Pozniak -- Responses to Interrogatories and Questions re Document Production.msg |

Marc,

We are following up on our request below regarding the missing expert materials. In addition, you have not responded to the discovery-related questions we raised in the attached email on December 7. Please respond to these inquiries by the close of business today.

Regards,

John

---

**From:** Kane, John
**Sent:** Friday, December 11, 2020 11:34 AM
**To:** 'Marcus Nussbaum' <marcus.nussbaum@gmail.com>
**Cc:** Pees, Robert <rpees@AkinGump.com>; Fydrych, Victoria <vfydrych@akingump.com>; Sharad, Saurabh <ssharad@akingump.com>; admin@tnydl.com; TAISA GURSHUMOVA <tglaw@yahoo.com>; ifishkin@fishkinfirm.com
**Subject:** RE: Pozniak -- Expert Report

Marc,

As explained in our December 9 email below, Vera Kishinevsky's Expert Witness Disclosure and the related written report are missing materials required by Fed. R. Civ. P. 26. Certain of those materials are also responsive to Petitioner's Document Request No. 5, to which you responded that Mr. Shwartsman would "produce S.P.'s entire medical file from Dr. Kishinevsky upon receipt of same from her" in the Responses and Objections, dated November 25.

Please produce the missing materials immediately in accordance with Fed. R. Civ. P. 26.

Regards,

John

**From:** Marcus Nussbaum <marcus.nussbaum@gmail.com>
**Sent:** Wednesday, December 9, 2020 4:43 PM
**To:** Kane, John <jkane@akingump.com>
**Cc:** Pees, Robert <rpees@AkinGump.com>; Fydrych, Victoria <vfydrych@akingump.com>; Sharad, Saurabh <ssharad@akingump.com>; admin@tnydl.com; TAISA GURSHUMOVA <tglaw@yahoo.com>; ifishkin@fishkinfirm.com
**Subject:** Re: Pozniak -- Expert Report

**\*\*EXTERNAL Email\*\***

1

John,

We are in receipt of your email and we are aware of the issues. We will revert back to you on this.

Marc

*Regards,*

Marcus A. Nussbaum, Esq.
**Fishkin, Gurshumov & Nussbaum**
3059 Brighton 7th St. NY 11235
Tel: 201-956-7071
Fax: 718-509-0580
https://fgnlawfirm.com/


This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is confidential and may be subject to attorney client privilege. If the reader of this message is not the intended recipient, any dissemination, distribution or copying of this communication is prohibited. If you received this message in error, please delete and/or notify the sender by return e-mail. Although our company attempts to sweep e-mail and attachments for viruses, it does not guarantee that either are virus-free and accepts no liability for any damage sustained as a result of viruses. Thank you.

**IRS Circular 230 Disclosure:** To ensure compliance with U.S. Treasury regulations we inform you that any U.S. tax advice contained in this communication (including any attachments or enclosures) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any matters addressed herein.


On Wed, Dec 9, 2020 at 10:09 AM Kane, John <jkane@akingump.com> wrote:

> Marc,
>
> We have some questions and requests in connection with Vera Kishinevsky's Expert Witness Disclosure and the related written report (together, the "Expert Materials"). Pursuant to Fed. R. Civ. P. 26, an expert's report must contain, among other things:
>
> - a complete statement of all opinions the witness will express and the basis and reasons for them (Fed. R. Civ. P. 26(a)(2)(B)(i));
>
> - the facts or data considered by the witness in forming them (Fed. R. Civ. P. 26(a)(2)(B)(ii));
>
> - the witness's qualifications, including a list of all publications authored in the previous 10 years (Fed. R. Civ. P. 26(a)(2)(B)(iv));

- a list of all other cases in which, during the previous 4 years, the witness testified as an expert at trial or by deposition (Fed. R. Civ. P. 26(a)(2)(B)(v)); and

- a statement of the compensation to be paid for the study and testimony in the case (Fed. R. Civ. P. 26(a)(2)(B)(vi)).

The Expert Materials are missing much of this required information.  In response to the requirements of Fed. R. Civ. P. 26(a)(2)(B)(i) – (ii), please provide all facts or data considered by Ms. Kishinevsky, including, but not limited to, any notes taken during the family therapy sessions upon which the Expert Materials are based.  These documents are also responsive to Petitioner's Document Request No. 5.  In addition, please provide all information required by Fed. R. Civ. P. 26(a)(2)(B)(iv) – (vi), which is completely missing from the Expert Materials.

Thank you,

John

**John P. Kane**

**AKIN GUMP STRAUSS HAUER & FELD** LLP

One Bryant Park | New York, NY 10036-6745 | USA | Direct: +1 212.872.1006 | Internal: 31006
Fax: +1 212.872.1002 | jkane@akingump.com | akingump.com | Bio

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.