**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

NATALIA POZNIAK,

                       Petitioner,

         v.

VLADIMIR SHWARTSMAN,

                  Respondent.

Case No. 1:20-cv-02956-AMD-RML

## RESPONDENT'S AMENDED EXHIBIT LIST

Pursuant to the Court's October 29, 2020 Scheduling Order, below is respondent Vladimir Shvartsman's ("Respondent['s]") list of trial exhibits.  Respondent reserves the right to use any exhibits identified by petitioner Natalia Pozniak's ("Petitioner").  Respondent also reserves the right to supplement, amend, or alter this list based on information later obtained in the course of discovery in the above-captioned proceedings.

| Exhibit No. | Description |
|:---:|:---|
| A | Respondent's Permanent Resident Identification Card |
| B | Recordings of telephone conversations between petitioner and respondent together with certified English transcription of same[1] |

---

[1] Respondent has stipulated to the introduction into evidence by petitioner of the complete and full recordings of the telephone conversations which are currently in the possession of petitioner, but reserves the right to rely upon the Certified English Transcriptions of the conversations which were previously provided by respondent to the Court and to counsel for Petitioner.

| Exhibit No. | Description |
|---|---|
| C | Child's Israeli Passport |
| D | Child's Birth Certificate |
| E | Photos of Respondent and Child |
| F | Child's Medical Records from Dr. Kishinevsky |
| G | Department of Homeland Security Receipts for Child's Filings for Immigration Status |
| H | Child's School Attendance Records |
| I | MAP Testing Email |
| J | Progress Report of Child from Guidance Counselor Serfaty |
| K | NYC Department of Education Enrollment Records |
| L | Petitioner's Israeli Driver's License Produced By Petitioner in Response to Respondent's Document Demands |
| M | Electric Bill Produced By Petitioner in Response to Respondent's Document Demands |
| N | (CONFIDENTIAL) |
| O | (CONFIDENTIAL) |
| P | (CONFIDENTIAL) |
| Q | (CONFIDENTIAL) |
| R | Notice from S.P.'s School Confirming His Attendance in Kindergarten in Israel With Translation Produced By Petitioner in Response to Respondent's Document Demands |
| S | (ATTORNEYS' EYES ONLY) |

Brooklyn, New York
Dated: January 22, 2021

Respectfully submitted,

FISHKIN, GURSHUMOV & NUSSBAUM, P.C.

By: /s      Marcus Aurelius Nussbaum
Marcus A. Nussbaum, Esq. (MN9581)
3059 Brighton 7th Street, 1st Fl.
Brooklyn, New York 11224
Telephone: 201-956-7071
marcus.nussbaum@gmail.com

*Counsel for Respondent*