

**JOHN P. KANE**
+1 212.872.1006/fax: +1 212.872.1002
jkane@akingump.com

June 10, 2021

VIA ELECTRONIC COURT FILING

Judge Ann M. Donnelly
U.S. District Court in the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Pozniak v. Shwartsman*, 20-cv-02956-AMD-RML

Dear Judge Donnelly:

    Our firm represents Petitioner Natalia Pozniak. We write to inform the Court that S.P. and Respondent left the United States on June 9, 2021 and arrived in Israel earlier today.

    Thank you for your attention to this matter.

    Respectfully,

    */s/ John P. Kane*

    John P. Kane

cc:    Marcus Nussbaum